# Exhibit 1



To: Ontario / Fontana Associates

February 14, 2019

Subject: Paycheck issues this week

This morning we learned that many of you received paystubs this week that reflected an incorrect hourly rate. We have already escalated this issue to the Corporate Payroll Team in Atlanta and are working to resolve the problem as soon as possible. If you were directly impacted by this error, whether your hourly rate was lower or higher than it should be, please print a copy of your paystub (or take a picture of it) and bring that to your supervisor so we can track everyone that is affected. Please note that if you were overpaid, the Company will deduct the overpayment from your upcoming check so we would ask you to keep that in mind once your pay is deposited in your financial institution. Thank you for your continued understanding and patience and we apologize for this mistake.

To those employees who were underpaid, payroll will be issuing a second payment / check within the next few business days.

Once again, I apologize for the inconvenience this may cause, and the issue has been escalated to Senior Management.

Tom Davidson

# Exhibit 2



**To**: Ontario and Fontana Associates
**Regarding**: Payroll week ending 2/15

This is a follow up to the posting on February 15, 2019 concerning recent payroll errors.

Based upon the analysis of those errors, many of you received a supplemental payment on February 15 and others were overpaid on that paycheck. Unfortunately, we have since learned that were additional, unforeseen issues with those make-up payments, resulting either in further underpayments to some and overpayments to others.

For anyone that is still owed money from the February 15 check, you will see a second deposit on 3/1/19 with any outstanding amounts owed. Anyone who has been overpaid (from the initial or subsequent payment) will receive a letter shortly stating the overpayment amount that will be deducted from your March 15 check. We sincerely apologize for any confusion this has created and the mistakes that were made concerning your pay. While we always strive to be accurate in your pay, that was not the case and we are working diligently to correct those issues. Thank you for your continued patience as we work thru this.

Should you have any questions, please contact your Manager.

# Exhibit 3



The Coca-Cola Company
One Coca-Cola Plaza
Atlanta, GA 30313

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/23/2018 |
| Period End Date | 12/29/2018 |
| Pay Date | 01/04/2019 |
| Document | 200348388 |
| Net Pay | $878.75 |

## Pay Details

Ryan D Flores
USA

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee Number | 5532 | Pay Group | W-Ontario Syrup | Federal Income Tax | | |
| SSN | XXX-XX-XXXX | Location | US-CA-Ontario-Plant | CA State Income Tax (Residence) | | |
| Job | Production Operator NG | GL Company | 0101 - Coca-Cola North America | CA State Income Tax (Work) | | |
| Pay Rate | $24.8400 | | | | | |
| Pay Frequency | Weekly | | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay - Union | 30.0000 | $25.3400 | $760.20 | |
| Regular Pay - Union | 8.0000 | $24.8400 | $198.72 | $958.92 |
| Overtime - 1.5x | 8.0000 | $38.0100 | $304.08 | $304.08 |

Total Hours Worked  46.0000      Total Hours  46.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Ontario Employee Contribution | Yes | $88.41 | $88.41 | $0.00 | $0.00 |
| 401k Ontario Loan 1 | No | $43.20 | $43.20 | $0.00 | $0.00 |
| 401k Ontario Loan 2 | No | $25.76 | $25.76 | $0.00 | $0.00 |
| Child Support | No | $46.15 | $46.15 | $0.00 | $0.00 |
| Political Contribution Portland | No | $1.00 | $1.00 | $0.00 | $0.00 |
| 401k ER Match Ontario | No | $0.00 | $0.00 | $44.20 | $44.20 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $22.07 | $22.07 |
| Employee Medicare | $18.31 | $18.31 |
| Social Security Employee Tax | $78.31 | $78.31 |
| CA State Income Tax | $48.41 | $48.41 |
| CA Disability Employee | $12.63 | $12.63 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx9661 | Checking | $50.00 |
| xxxxxx1305 | Checking | $828.75 |
| Total | | $878.75 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,263.00 | $1,174.59 | $179.73 | $204.52 | $878.75 |
| YTD | $1,263.00 | $1,174.59 | $179.73 | $204.52 | $878.75 |

vsn 20171123



The Coca-Cola Company
One Coca-Cola Plaza
Atlanta, GA 30313

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/30/2018 |
| Period End Date | 01/05/2019 |
| Pay Date | 01/11/2019 |
| Document | 200352377 |
| Net Pay | $660.03 |

## Pay Details

Ryan D Flores

USA

| | |
|---|---|
| Employee Number | 5532 |
| SSN | XXX-XX-XXXX |
| Job | Production Operator NG |
| Pay Rate | $24.8400 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | W-Ontario Syrup |
| Location | US-CA-Ontario-Plant |
| GL Company | 0101 - Coca-Cola North America |

| |
|---|
| Federal Income Tax |
| CA State Income Tax (Residence) |
| CA State Income Tax (Work) |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay - Union | 5.9300 | $24.8400 | $147.30 | |
| Regular Pay - Union | 24.0000 | $25.3400 | $608.16 | |
| Regular Pay - Union | 8.0000 | $24.8400 | $198.72 | $1,913.10 |
| Retroactive Pay | | | $8.00 | $8.00 |
| Overtime - 1.5x | 0.5300 | $38.0100 | $20.15 | $324.23 |

Total Hours Worked  38.4600     Total Hours  38.4600

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Ontario Employee Contribution | Yes | $68.76 | $157.17 | $0.00 | $0.00 |
| 401k Ontario Loan 1 | No | $43.20 | $86.40 | $0.00 | $0.00 |
| 401k Ontario Loan 2 | No | $25.76 | $51.52 | $0.00 | $0.00 |
| Child Support | No | $46.15 | $92.30 | $0.00 | $0.00 |
| Political Contribution Portland | No | $1.00 | $2.00 | $0.00 | $0.00 |
| Union Dues Local 896 Ontario | No | $25.00 | $25.00 | $0.00 | $0.00 |
| 401k ER Match Ontario | No | $0.00 | $0.00 | $34.39 | $78.59 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1.64 | $23.71 |
| Employee Medicare | $14.25 | $32.56 |
| Social Security Employee Tax | $60.90 | $139.21 |
| CA State Income Tax | $25.82 | $74.23 |
| CA Disability Employee | $9.82 | $22.45 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx9661 | Checking | $50.00 |
| xxxxxx1305 | Checking | $610.03 |
| Total | | $660.03 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $982.33 | $913.57 | $112.43 | $209.87 | $660.03 |
| YTD | $2,245.33 | $2,088.16 | $292.16 | $414.39 | $1,538.78 |

vsn 20171123



| The Coca-Cola Company<br>One Coca-Cola Plaza<br>Atlanta, GA 30313 | | Pay Statement | |
|---|---|---|---|
| | | Period Start Date | 01/06/2019 |
| | | Period End Date | 01/12/2019 |
| | | Pay Date | 01/18/2019 |
| | | Document | 200362743 |
| | | Net Pay | $984.72 |

## Pay Details

| Ryan D Flores<br>USA | Employee Number | 5532 | Pay Group | W-Ontario Syrup | Federal Income Tax | |
|---|---|---|---|---|---|---|
| | SSN | XXX-XX-XXXX | Location | US-CA-Ontario-Plant | CA State Income Tax (Residence) | |
| | Job | Production Operator NG | GL Company | 0101 - Coca-Cola North America | CA State Income Tax (Work) | |
| | Pay Rate | $24.8400 | | | | |
| | Pay Frequency | Weekly | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay - Union | 40.0000 | $24.8400 | $993.60 | $2,906.70 |
| Retroactive Pay | 0.0000 | $0.0000 | $0.00 | $8.00 |
| Overtime - 1.5x | 11.5700 | $37.2600 | $431.10 | $755.33 |

Total Hours Worked  51.5700     Total Hours  51.5700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Ontario Employee Contribution | Yes | $99.73 | $256.90 | $0.00 | $0.00 |
| 401k Ontario Loan 1 | No | $43.20 | $129.60 | $0.00 | $0.00 |
| 401k Ontario Loan 2 | No | $25.76 | $77.28 | $0.00 | $0.00 |
| Child Support | No | $46.15 | $138.45 | $0.00 | $0.00 |
| Political Contribution Portland | No | $1.00 | $3.00 | $0.00 | $0.00 |
| Union Dues Local 896 Ontario | No | $0.00 | $25.00 | $0.00 | $0.00 |
| 401k ER Match Ontario | No | $0.00 | $0.00 | $49.86 | $128.45 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $37.11 | $60.82 |
| Employee Medicare | $20.66 | $53.22 |
| Social Security Employee Tax | $88.33 | $227.54 |
| CA State Income Tax | $63.79 | $138.02 |
| CA Disability Employee | $14.25 | $36.70 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx9661 | Checking | $50.00 |
| xxxxxx1305 | Checking | $934.72 |
| Total | | $984.72 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,424.70 | $1,324.97 | $224.14 | $215.84 | $984.72 |
| YTD | $3,670.03 | $3,413.13 | $516.30 | $630.23 | $2,523.50 |

vsn 20171123



The Coca-Cola Company
One Coca-Cola Plaza
Atlanta, GA 30313

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/20/2019 |
| Period End Date | 01/26/2019 |
| Pay Date | 02/01/2019 |
| Document | 200379530 |
| Net Pay | $739.31 |

## Pay Details

Ryan D Flores
USA

| | |
|---|---|
| Employee Number | 5532 |
| SSN | XXX-XX-XXXX |
| Job | Production Operator NG |
| Pay Rate | $24.8400 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | W-Ontario Syrup |
| Location | US-CA-Ontario-Plant |
| GL Company | 0101 - Coca-Cola North America |

| | |
|---|---|
| Federal Income Tax | |
| CA State Income Tax (Residence) | |
| CA State Income Tax (Work) | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay - Union | 32.0000 | $25.3400 | $810.88 | |
| Regular Pay - Union | 8.0000 | $24.8400 | $198.72 | $4,909.90 |
| Retroactive Pay | | | $4.00 | $12.00 |
| Overtime - 1.5x | 3.2500 | $38.0100 | $123.53 | $1,204.88 |

Total Hours Worked  43.2500     Total Hours  43.2500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Ontario Employee Contribution | Yes | $79.60 | $428.87 | $0.00 | $0.00 |
| 401k Ontario Loan 1 | No | $43.20 | $216.00 | $0.00 | $0.00 |
| 401k Ontario Loan 2 | No | $25.76 | $128.80 | $0.00 | $0.00 |
| Child Support | No | $46.15 | $230.75 | $0.00 | $0.00 |
| Cur Year Retro Pretax Medical Union Plan | Yes | $37.92 | $75.84 | $0.00 | $0.00 |
| Political Contribution Portland | No | $1.00 | $5.00 | $0.00 | $0.00 |
| Pre Tax Medical Union | Yes | $37.92 | $75.84 | $0.00 | $0.00 |
| Union Dues Local 896 Ontario | No | $0.00 | $25.00 | $0.00 | $0.00 |
| 401k ER Match Ontario | No | $0.00 | $0.00 | $39.80 | $214.44 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $3.20 | $83.78 |
| Employee Medicare | $15.39 | $86.64 |
| Social Security Employee Tax | $65.80 | $370.46 |
| CA State Income Tax | $31.27 | $215.50 |
| CA Disability Employee | $10.61 | $59.75 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx9661 | Checking | $50.00 |
| xxxxxx1305 | Checking | $689.31 |
| Total | | $739.31 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,137.13 | $981.69 | $126.27 | $271.55 | $739.31 |
| YTD | $6,126.78 | $5,546.23 | $816.13 | $1,186.10 | $4,124.55 |

vsn 20171123



The Coca-Cola Company
One Coca-Cola Plaza
Atlanta, GA 30313

| Pay Statement | |
|---|---|
| Period Start Date | 01/27/2019 |
| Period End Date | 02/02/2019 |
| Pay Date | 02/08/2019 |
| Document | 200383490 |
| Net Pay | $0.00 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ryan D Flores | | Employee Number | 5532 | Pay Group | W-Ontario Syrup | Federal Income Tax | |
| | | SSN | XXX-XX-XXXX | Location | US-CA-Ontario-Plant | CA State Income Tax (Residence) | |
| USA | | Job | Production Operator NG | GL Company | 0101 - Coca-Cola North America | CA State Income Tax (Work) | |
| | | Pay Rate | $24.8400 | | | | |
| | | Pay Frequency | Weekly | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay - Union | 0.0000 | $0.0000 | $0.00 | $5,918.49 |
| Retroactive Pay | 0.0000 | $0.0000 | $0.00 | $17.01 |
| Overtime - 1.5x | 0.0000 | $0.0000 | $0.00 | $1,221.98 |
| Global Recognition | | | ($99,462.60) | |
| Global Recognition | | | $100,245.70 | $783.10 |

Total Hours Worked  0.0000     Total Hours  0.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Ontario Employee Contribution | Yes | $0.00 | $501.02 | $0.00 | $0.00 |
| 401k Ontario Loan 1 | No | $0.00 | $259.20 | $0.00 | $0.00 |
| 401k Ontario Loan 2 | No | $0.00 | $154.56 | $0.00 | $0.00 |
| Child Support | No | $0.00 | $276.90 | $0.00 | $0.00 |
| Cur Year Retro Pretax Medical Union Plan | Yes | $0.00 | $113.76 | $0.00 | $0.00 |
| Political Contribution Portland | No | $0.00 | $6.00 | $0.00 | $0.00 |
| Pre Tax Medical Union | Yes | $0.00 | $113.76 | $0.00 | $0.00 |
| Taxable Fringe Offset | No | $491.40 | $491.40 | $0.00 | $0.00 |
| Union Dues Local 896 Ontario | No | $0.00 | $25.00 | $0.00 | $0.00 |
| 401k ER Match Ontario | No | $0.00 | $0.00 | $0.00 | $250.51 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $172.28 | $257.00 |
| Employee Medicare | $11.36 | $111.84 |
| Social Security Employee Tax | $48.55 | $478.21 |
| CA State Income Tax | $51.68 | $290.96 |
| CA Disability Employee | $7.83 | $77.13 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| No records found | | |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $783.10 | $783.10 | $291.70 | $491.40 | $0.00 |
| YTD | $7,940.58 | $7,212.04 | $1,215.14 | $1,941.60 | $4,783.84 |

vsn 20171123



The Coca-Cola Company
One Coca-Cola Plaza
Atlanta, GA 30313

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/27/2019 |
| Period End Date | 02/02/2019 |
| Pay Date | 02/08/2019 |
| Document | 200383410 |
| Net Pay | $659.29 |

## Pay Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ryan D Flores | | Employee Number | 5532 | Pay Group | W-Ontario Syrup | Federal Income Tax | |
| | | SSN | XXX-XX-XXXX | Location | US-CA-Ontario-Plant | CA State Income Tax (Residence) | |
| USA | | Job | Production Operator NG | GL Company | 0101 - Coca-Cola North America | CA State Income Tax (Work) | |
| | | Pay Rate | $24.8400 | | | | |
| | | Pay Frequency | Weekly | | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay - Union | 8.0000 | $24.8400 | $198.72 | |
| Regular Pay - Union | 2.0200 | $24.8400 | $50.18 | |
| Regular Pay - Union | 29.9800 | $25.3400 | $759.69 | $5,918.49 |
| Retroactive Pay | | | $5.01 | $17.01 |
| Overtime - 1.5x | 0.4500 | $38.0100 | $17.10 | $1,221.98 |

Total Hours Worked  40.4500      Total Hours  40.4500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Ontario Employee Contribution | Yes | $72.15 | $501.02 | $0.00 | $0.00 |
| 401k Ontario Loan 1 | No | $43.20 | $259.20 | $0.00 | $0.00 |
| 401k Ontario Loan 2 | No | $25.76 | $154.56 | $0.00 | $0.00 |
| Child Support | No | $46.15 | $276.90 | $0.00 | $0.00 |
| Cur Year Retro Pretax Medical Union Plan | Yes | $37.92 | $113.76 | $0.00 | $0.00 |
| Political Contribution Portland | No | $1.00 | $6.00 | $0.00 | $0.00 |
| Pre Tax Medical Union | Yes | $37.92 | $113.76 | $0.00 | $0.00 |
| Union Dues Local 896 Ontario | No | $0.00 | $25.00 | $0.00 | $0.00 |
| 401k ER Match Ontario | No | $0.00 | $0.00 | $36.07 | $250.51 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.94 | $84.72 |
| Employee Medicare | $13.84 | $100.48 |
| Social Security Employee Tax | $59.20 | $429.66 |
| CA State Income Tax | $23.78 | $239.28 |
| CA Disability Employee | $9.55 | $69.30 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx9661 | Checking | $50.00 |
| xxxxxx1305 | Checking | $609.29 |
| Total | | $659.29 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,030.70 | $882.71 | $107.31 | $264.10 | $659.29 |
| YTD | $7,157.48 | $6,428.94 | $923.44 | $1,450.20 | $4,783.84 |

vsn 20171123

**The Coca-Cola Company**
One Coca-Cola Plaza
Atlanta, GA 30313

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/03/2019 |
| Period End Date | 02/09/2019 |
| Pay Date | 02/15/2019 |
| Document | 200396039 |
| Net Pay | $897.90 |

## Pay Details

Ryan D Flores
USA

| | |
|---|---|
| Employee Number | 5532 |
| SSN | XXX-XX-XXXX |
| Job | Production Operator NG |
| Pay Rate | $24.8400 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | W-Ontario Syrup |
| Location | US-CA-Ontario-Plant |
| GL Company | 0101 - Coca-Cola North America |

| | |
|---|---|
| Federal Income Tax | |
| CA State Income Tax (Residence) | |
| CA State Income Tax (Work) | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay - Union | 8.0000 | $24.8400 | $198.72 | |
| Regular Pay - Union | 16.0000 | $25.5900 | $409.44 | |
| Regular Pay - Union | 16.0000 | $25.5900 | $409.44 | $6,936.09 |
| Retroactive Pay | | | $4.00 | $21.01 |
| Overtime - 1.5x | 8.2000 | $38.0100 | $311.68 | |
| Overtime - 1.5x | 0.0200 | $37.2600 | $0.75 | $1,534.41 |
| Global Recognition | 0.0000 | $0.0000 | $0.00 | $783.10 |

Total Hours Worked  48.2200     Total Hours  48.2200

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Ontario Employee Contribution | Yes | $93.38 | $594.40 | $0.00 | $0.00 |
| 401k Ontario Loan 1 | No | $43.20 | $302.40 | $0.00 | $0.00 |
| 401k Ontario Loan 2 | No | $25.76 | $180.32 | $0.00 | $0.00 |
| Child Support | No | $46.15 | $323.05 | $0.00 | $0.00 |
| Cur Year Retro Pretax Medical Union Plan | Yes | $0.00 | $113.76 | $0.00 | $0.00 |
| Political Contribution Portland | No | $1.00 | $7.00 | $0.00 | $0.00 |
| Pre Tax Medical Union | Yes | $37.92 | $151.68 | $0.00 | $0.00 |
| Taxable Fringe Offset | No | $0.00 | $491.40 | $0.00 | $0.00 |
| Union Dues Local 896 Ontario | No | $0.00 | $25.00 | $0.00 | $0.00 |
| 401k ER Match Ontario | No | $0.00 | $0.00 | $46.69 | $297.20 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $25.32 | $282.32 |
| Employee Medicare | $18.79 | $130.63 |
| Social Security Employee Tax | $80.36 | $558.57 |
| CA State Income Tax | $51.29 | $342.25 |
| CA Disability Employee | $12.96 | $90.09 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx9661 | Checking | $50.00 |
| xxxxxx1305 | Checking | $847.90 |
| Total | | $897.90 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,334.03 | $1,202.73 | $188.72 | $247.41 | $897.90 |
| YTD | $9,274.61 | $8,414.77 | $1,403.86 | $2,189.01 | $5,681.74 |

vsn 20171123



The Coca-Cola Company
One Coca-Cola Plaza
Atlanta, GA 30313

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/10/2019 |
| Period End Date | 02/16/2019 |
| Pay Date | 02/22/2019 |
| Document | 200407879 |
| Net Pay | $904.60 |

## Pay Details

Ryan D Flores
USA

| | |
|---|---|
| Employee Number | XXXX5532 |
| SSN | XXX-XX-XXXX |
| Job | Production Operator NG |
| Pay Rate | $24.8400 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | W-Ontario Syrup |
| Location | US-CA-Ontario-Plant |
| GL Company | 0101 - Coca-Cola North America |

| | |
|---|---|
| Federal Income Tax | |
| CA State Income Tax (Residence) | |
| CA State Income Tax (Work) | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay - Union | 37.9800 | $24.8400 | $943.42 | |
| Regular Pay - Union | 2.0000 | $24.8400 | $49.68 | |
| Regular Pay - Union | -2.0000 | $24.8400 | ($49.68) | |
| Regular Pay - Union | -37.9800 | $24.8400 | ($943.42) | |
| Regular Pay - Union | 2.0000 | $24.8400 | $49.68 | |
| Regular Pay - Union | 37.9800 | $25.3400 | $962.41 | $7,948.18 |
| Retroactive Pay | | | $1.00 | $22.01 |
| Overtime - 1.5x | 8.7000 | $37.2600 | $324.16 | |
| Overtime - 1.5x | -8.7000 | $37.2600 | ($324.16) | |
| Overtime - 1.5x | 8.7000 | $38.0100 | $330.69 | $1,865.10 |
| Global Recognition | 0.0000 | $0.0000 | $0.00 | $783.10 |

Total Hours Worked 48.6800   Total Hours 48.6800

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Ontario Employee Contribution | Yes | $94.06 | $688.46 | $0.00 | $0.00 |
| 401k Ontario Loan 1 | No | $43.20 | $345.60 | $0.00 | $0.00 |
| 401k Ontario Loan 2 | No | $25.76 | $206.08 | $0.00 | $0.00 |
| Child Support | No | $46.15 | $369.20 | $0.00 | $0.00 |
| Cur Year Retro Pretax Medical Union Plan | Yes | $0.00 | $113.76 | $0.00 | $0.00 |
| Political Contribution Portland | No | $1.00 | $8.00 | $0.00 | $0.00 |
| Pre Tax Medical Union | Yes | $37.92 | $189.60 | $0.00 | $0.00 |
| Taxable Fringe Offset | No | $0.00 | $491.40 | $0.00 | $0.00 |
| Union Dues Local 896 Ontario | No | $0.00 | $25.00 | $0.00 | $0.00 |
| 401k ER Match Ontario | No | $0.00 | $0.00 | $47.04 | $344.24 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $25.91 | $308.23 |
| Employee Medicare | $18.94 | $149.57 |
| Social Security Employee Tax | $80.96 | $639.53 |
| CA State Income Tax | $52.22 | $394.47 |
| CA Disability Employee | $13.06 | $103.15 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx9661 | Checking | $50.00 |
| xxxxxx1305 | Checking | $854.60 |
| Total | | $904.60 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,343.78 | $1,211.80 | $191.09 | $248.09 | $904.60 |
| YTD | $10,618.39 | $9,626.57 | $1,594.95 | $2,437.10 | $6,586.34 |

vsn 20171123

# Exhibit 4

# FLSA CONSENT FORM

Pursuant to the provisions of 29 U.S.C. § 216(b), the Fair Labor Standards Act, I hereby consent to be a party plaintiff to this action.

2/28/2019
_____
Date

Ryan Flores
_____
Print Name

*DocuSigned by:*
*[signature]*
*281F4FDD02184FC...*
_____
Signature

# Exhibit 5

# HARRIS & RUBLE

ATTORNEYS AND COUNSELORS AT LAW

| SOUTHERN CALIFORNIA OFFICE: | NORTHERN CALIFORNIA OFFICE: |
|---|---|
| 655 NORTH CENTRAL AVE 17th FL<br>GLENDALE CA 91203<br>TELEPHONE: 323.962.3777<br>FAX: 323.962.3004<br>www.harrisandruble.com | 116 E. BLITHEDALE AVE SUITE 2<br>MILL VALLEY, CA 94941<br>TELEPHONE: 312.543.0967<br>FAX: 323.962.3004 |

ALAN HARRIS
_____

PRIYA MOHAN
DAVID GARRETT
MIN JI GAL
LIN ZHAN

*SUBMITTED ONLINE*

April 3, 2019

California Labor & Workforce Development Agency

Re:     *Ryan Flores v. The Coca-Cola Company* – PAGA Notice

To whom it may concern:

      Pursuant to the applicable provisions of the California Labor Code Private Attorneys General Act, Ryan Flores ("Plaintiff") hereby alleges with respect to his employment with The Coca-Cola Company ("Defendant"), that Defendant violated provisions of the California Labor Code. Defendant The Coca-Cola Company is a Delaware Corporation, which at all times relevant herein, conducted business within the County of Los Angeles of the State of California.

      Plaintiff works as a Production Operator but he was not timely paid for all wages earned as required by Labor Code section 204. He was not provided with wage statements compliant with Labor Code section 226(a), for example, among other violations, Plaintiff's wage statements did not contain the correct gross and net wages earned. Plaintiff was not provided with timely and uninterrupted meal and rest breaks. He was unpaid for all minimum and overtime wages due for many pay periods. Finally, Plaintiff requested employment records from Defendant but was not provided with all records that Defendant is required to keep.

      Defendant has failed to properly compensate Plaintiff and/or other persons who performed services for Defendant in a nonexempt position in California ("Aggrieved Employees") for work performed.

      Plaintiff contends that Sections 201, 202, 203, 204, 226, 226.7, 510, 512, 558, 558.1, 1174, 1194, 1197, 1198, 2802, and 2699 et seq. of the California Labor Code and the applicable Wage Order enables Plaintiff to recover civil penalties under PAGA, as well as attorneys' fees and costs from Defendants through a civil action on behalf of himself and other Aggrieved Employees.

Plaintiff will seek to recover the PAGA penalties through a representative action permitted by PAGA and the California Supreme Court in <u>Arias v. Superior Court</u>, 46 Cal. 4th 969 (2009). Plaintiffs will seek civil penalties pursuant to PAGA for violations of the following Labor Code provisions:

1. **Failure to timely pay wages during employment in violation of Labor Code §§ 204 and 210.** Aggrieved Employees not compensated twice during each calendar month for wages earned by the times prescribed by section 204. The failure of Defendants to make timely payments within the time provided for has been and is "willful" within the meaning of such word as used in Section 210 of the California Labor Code and that, accordingly, each Aggrieved Employee who was not timely paid his or her timely wages during their employment is entitled to civil penalties. Labor Code section 210 provides for a penalty of $100 for each initial violation and $200 for each subsequent, or willful or intentional violation plus 25 percent of the amount unlawfully withheld.
2. **Failure to pay wages and/or final wages in violation of Labor Code §§ 201.5 and 203.** With respect to violations of Labor Code § 201.5, the failure of Defendants to make final payments within the time provided for has been and is "willful" within the meaning of such word as used in Section 203 of the California Labor Code and that, accordingly, each Aggrieved Employee who was not timely paid his or her final wages is entitled to civil penalties. Labor Code section 2699(f)(2) imposes a civil penalty of $100 per pay period per Aggrieved Employee for initial violations, and $200 per pay period per Aggrieved Employee for subsequent violations for all Labor Code provisions for which a civil penalty is not specifically provided.
3. **Failure to provide itemized wage statements in violation of Labor Code § 226(a).** Aggrieved Employees have not been provided a wage statement as required by Labor Code section 226(a). The foregoing was the intentional misconduct of Defendants that was intended to mislead and injure Aggrieved Employees insofar as they were subjected to confusion and deprived of information to which they were legally entitled. Section 226(e) provides that any employee who suffers injury as a result of a knowing and intentional failure by the employer to comply with its obligation to provide wage statements containing all of the information referenced above is entitled to recover. Section 226.3 provides for a civil penalty of $250 per employee per violation in an initial violation and $1,000 per employee for each violation in a subsequent violation, for which the employer fails to provide the employee a wage deduction statement or fails to keep the records required in subdivision (a) of Section 226.
4. **Failure to provide proper rest and meal periods.** Aggrieved Employees were not provided with timely meal and rest periods in violation of Labor Code section 226.7 and the applicable Living Wage Order sections 11 and 12. Labor Code section 2699(f)(2) imposes a civil penalty of $100 per pay period per Aggrieved Employee for initial violations, and $200 per pay period per Aggrieved Employee for subsequent violations for all Labor Code provisions for which a civil penalty is not specifically provided.
5. **Failure to reimburse necessary business expenses under Labor Code § 2802.** Plaintiffs and Aggrieved Employees were not reimbursed for necessary business expenses. Labor Code section 2699(f)(2) imposes a civil penalty of $100 per pay period per Aggrieved Employee for initial violations, and $200 per pay period per Aggrieved Employee for subsequent violations for all Labor Code provisions for which a civil penalty is not specifically provided.

6. **Failure to pay minimum and overtime wages in violation of Labor Code §§ 510, 558, 1194, and 1198.** Both late payment and non-payment of minimum wages violate the state statute requiring the payment of a minimum hourly wage. Labor Code section 558 imposes a civil penalty in addition to any other penalty provided by law of $50 for initial violations for each underpaid employee for each pay period for which the employee was underpaid in addition to an amount sufficient to recover unpaid wages, and $100 for subsequent violations for each underpaid employee for each pay period for which the employee was underpaid in addition to an amount sufficient to recover underpaid wages.
7. **Failure to keep complete and accurate payroll records.** Failure to keep complete and accurate payroll records relating to Aggrieved Employees in accordance with California Labor Code section 1174(d). Willful failure to maintain accurate and complete records required by section 1174(d) is subject to a civil penalty of $500. Cal. Lab. Code § 1174.5.

Please advise whether you will proceed with an investigation of this matter or whether Plaintiffs may seek a civil-penalty recovery for the alleged violations under the Labor Code Private Attorneys General Act through his private counsel.

Very truly yours,

*/s/ Alan Harris*

Alan Harris

Cc: (Via Certified Mail) The Coca-Cola Company, c/o CT Corporation System, 818 W. 7th Street, Ste 930, Los Angeles, CA 90017.